UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| OLIVIA MERRIAM, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:18-cv-00881-JAR |
| CHARTER COMMUNICATIONS, LLC, | ) ) ) |
| Defendant. | ) |

## **ORDER**

For good cause shown,

**IT IS HEREBY ORDERED** that the joint motion and stipulation to arbitration and to stay litigation (Doc. No. 9) is **GRANTED**.

**IT IS FURTHER ORDERED** that this matter is **STAYED** pending arbitration. The Clerk of Court is ordered to administratively close the case until such time as the parties move for judgment to be entered according to the outcome of arbitration proceedings.

**IT IS FINALLY ORDERED** that the parties shall jointly submit a notice updating the Court on the status of this case every 120 days, including within 120 days of this Memorandum and Order, and shall also submit a notice updating the Court no later than ten (10) days following the completion of arbitration.

Dated this 25th day of July, 2018.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE